893 A.2d 247

IN THE MATTER OF JAMES J. GALLO, AN ATTORNEY
AT LAW (ATTORNEY NO. 004901978).

March 24, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–255, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **JAMES J. GALLO** of **JERSEY CITY,** who was admitted to the bar of this State in 1978, should be reprimanded for violating *RPC* 1.3(lack of diligence), *RPC* 1.4(a)(failure to communicate with client), *RPC* 1.16(d)(failure to return client file), and *RPC* 8.1(b)(failure to cooperate in disciplinary investigation);

And the Court having declined to grant respondent's informal request to adjourn the Order to Show Cause and respondent thereafter having failed to appear on the return date of the Order to Show Cause;

And the Court having determined from its review of the record that the appropriate quantum of discipline for respondent's unethical conduct is a six-month suspension from practice;

And good cause appearing;

It is ORDERED that **JAMES J. GALLO** is hereby suspended from the practice of law for a period of six months and until the further Order of the Court, effective April 21, 2006; and it is further

ORDERED that **JAMES J. GALLO** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files

proof of compliance;  (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c);  and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.